458 A.2d 280

Clemens et al. v. Hastings et al., Appellants.

Submitted June 7, 1982. William H. Wiest, for appellants; Robert Eugene Benion, for appellees.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.

458 A.2d 280

Collette et al., Appellants v. Arborio, Inc.

Argued June 2, 1982. John T. Stieh, for appellants; Cal Leventhal, for appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

The order is affirmed.